U IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| In re:<br><br>CCS ASSET MANAGEMENT, INC.<br><br>                Debtors.<br><br>CCS ASSET MANAGEMENT, INC.,<br><br>                Plaintiff,<br><br>v.<br><br>BUTTROSS V, INC.<br><br>                Defendant. | Case No. 21-10355<br><br>Chapter 11<br><br><br><br>Adv. Pro. No. 21-01031 |

**PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT**

Plaintiff, CCS Asset Management, Inc., (the "Debtor" or "Plaintiff"), requests that the Clerk of the Court enter a default against Defendant Buttross V. Inc. ("Defendant" or "Buttross") as authorized by Federal Rule of Civil Procedure 55, and made applicable in these proceedings by Federal Rule of Bankruptcy Procedure 7055. In support hereof, the Plaintiff submits the Declaration of R. J. Shannon in Support of Trustee's Request for Entry of Default attached hereto as **Exhibit A**.

[*Remainder of Page Intentionally Left Blank*]

1

Dated: March 4, 2021            Respectfully submitted,

**PARKINS LEE & RUBIO LLP**

<u>/s/R. J. Shannon</u>
R. J. Shannon (TBA No. 24108062)
Pennzoil Place
700 Milam Street, STE 1300
Houston, TX 78702
Telephone: (713) 715-1660
Email: rshannon@parkinslee.com

*Counsel to CCS Asset Management, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2021, a true and correct copy of the foregoing Plaintiff's Request for Entry of Default was served via first class U.S.P.S. mail and, where indicated, email to the following persons:

Butrross V. Inc.
c/o InCorp Services Inc.
815 Brazos St., Suite 500
Austin, TX 78701 USA

<u>/s/ R. J. Shannon</u>