# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

Bankruptcy Case No.: 21−10355−tmd
Chapter No.: 11

IN RE: **CCS Asset Management, INC.** , Debtor(s)

Adversary Proceeding No.: 21−01031−tmd
Judge: Tony M. Davis

**CCS Asset Management, INC.**
Plaintiff

v.

**Buttross V, Inc.**
Defendant

## CLERK'S ENTRY OF DEFAULT

It appears from the record that the following Defendant(s) failed to plead or otherwise defend in this case as required by law:

**Buttross V, Inc**

Therefore, default is entered against the Defendant(s) as authorized by Bankruptcy Rule 7055.

Dated:  8/9/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Clerk's Entry of Default(AP)] [MsccedAPap]